**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CVE CONTRACTING GROUP, INC., et al., | ) | CASE NO. 1:19-cv-01286-DAD-JLT |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER MODIFYING SCHEDULING ORDER** |
| v. | ) ) | (Doc. 13) |
| ARCH SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Defendants. | ) ) | |

Based upon the stipulation of the parties, the Court **ORDERS** the scheduling order modified to extend the to complete depositions of non-expert witnesses to August 19, 2020. No other modifications to the scheduling order are authorized.

IT IS SO ORDERED.

Dated: __June 3, 2020__         __/s/ Jennifer L. Thurston__
                                UNITED STATES MAGISTRATE JUDGE