UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CVE CONTRACTING GROUP, INC., a corporation, TIM WILLIAMSON, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ARCH SPECIALTY INSURANCE COMPANY, a corporation; and DOES 1-20, inclusive,<br><br>　　　　　　　Defendants. | Case No. 1:19-cv-01286-DAD-JLT<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO AMEND THE CASE SCHEDULE**<br><br>**(Doc. 19)** |

　　　　The parties have stipulation to amend the case schedule (Doc. 19). They raise the difficulties caused by the pandemic without any discussion about what efforts they have made to mitigate them. For example, they complain they cannot prepare for or conduct depositions due to travel and social distancing restrictions (Id. at 3.), but they do not explain why they have not proceeded with these discovery efforts via videoconference or otherwise. They are wrong if they believe they can allow the case to languish. Nevertheless, the Court will grant the stipulation only because they indicate that resolution of the Dotson action would resolve this case. Id. Thus, the Court **GRANTS** the stipulation and ORDERS the case schedule amended as follows:

　　　　1.　　All non-expert and expert discovery SHALL be completed no later than February 19, 2021;

2. Any non-dispositive motions SHALL be filed no later than March 2, 2021 and heard no later than April 6, 2021;

3. Any dispositive motions SHALL be filed no later than May 3, 2021 and heard no later than June 1, 2021;

4. The pretrial conference is CONTINUED to August 16, 2021 at 3:30 p.m.;

5. The trial is CONTINUED to October 26, 2021 at 8:30 a.m.

**<u>No other modifications of the scheduling order are authorized and no other request to amend the case schedule will be entertained absent a showing of exceptional circumstances, which does not include the burdens caused by the COVID-19 pandemic.</u>**

IT IS SO ORDERED.

Dated:   **July 30, 2020**              /s/ Jennifer L. Thurston
                                 UNITED STATES MAGISTRATE JUDGE

**IT IS SO ORDERED.**

Dated: _____        By: _____
                                    Hon. Jennifer L. Thurston
                                    United States District Court