UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CVE CONTRACTING GROUP, INC., a corporation, TIM WILLIAMSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ARCH SPECIALTY INSURANCE COMPANY, a corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 1:19-cv-01286-DAD-JLT<br><br>[~~PROPOSED~~]  ORDER MODIFIYING SCHEDULING ORDER<br><br>(Doc. 21) |

The parties have stipulated to amend the case schedule.  The parties advise that they have scheduled mediation in the underlying case of *Dotson v. EDP Renewables North America LLC*, case number BCV-15-100717 SDS ("*Dotson Action*") for February 26, 2021.  The parties further advise that they have attempted to secure an earlier mediation date with the mediator but have been unable to do so.  They further state that the mediator was requested by cross-complainants in the *Dotson Action*, which is being pursued solely on the cross-complainant because plaintiffs settled their claims.  The Court will grant the stipulation based on the representation that resolution of the *Dotson Action* also will resolve this case.  Thus, the Court **GRANTS** the stipulation and ORDERS the case schedule amended as follows:

1. The settlement conference is continued to August 13, 2021 at 1:00 p.m.;

2. All non-expert and expert discovery SHALL be completed no later than May 19, 2021;

3. Any non-dispositive motions SHALL be filed no later than June 2, 2021 and heard no later than July 6, 2021;

4. Any dispositive motions SHALL be filed no later than August 3, 2021 and heard no later than September 7, 2021;

5. The pretrial conference is CONTINUED to November 22, 2021 at 3:30 p.m.;

6. The trial is CONTINUED to February 8, 2022 at 8:30 a.m.

No other modifications of the scheduling order are authorized.

IT IS SO ORDERED.

Dated:   **December 7, 2020**            /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE