UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CVE CONTRACTING GROUP, INC., et al., | Case No. 1:19-cv-01286-DAD-JLT |
| Plaintiffs, | **ORDER AFTER NOTICE OF SETTLEMENT** |
| v. | **(Doc. 23)** |
| ARCH SPECIALTY INSURANCE COMPANY, | |
| Defendants. | |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 23) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than July 19, 2021**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: __**June 3, 2021**__              _ __/s/ Jennifer L. Thurston__
                                           CHIEF UNITED STATES MAGISTRATE JUDGE