UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CVE CONTRACTING GROUP, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARCH SPECIALTY INSURANCE COMPANY,<br><br>    Defendants. | Case No. 1:19-cv-01286-DAD-JLT<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE DISMISSAL DOCUMENTS**<br>**(Doc. 25)** |

The parties report that they have made significant efforts to finalize the settlement (Doc. 25). However, they need 15 more days to obtain the necessary signatures. Id. at 2. Thus, the Court **GRANTS** the stipulation. The parties SHALL file dismissal documents no later than August 13, 2021.

IT IS SO ORDERED.

   Dated:   **July 20, 2021**              _ **/s/ Jennifer L. Thurston**
                                      CHIEF UNITED STATES MAGISTRATE JUDGE